IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL WHITE,

    Petitioner,

v.                                                  Case No. 1:21-cv-153-AW-GRJ

SECRETARY, FLA. DEP'T OF
CORRECTIONS,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Paul White seeks § 2254 relief from his 1998 convictions for sexual battery on a child. ECF No. 1. The magistrate judge issued a report and recommendation, concluding the court lacks jurisdiction to consider the petition because it is successive. ECF No. 5. And indeed, this court earlier dismissed as untimely White's § 2254 petition attacking the same conviction. White has filed an objection, arguing that the earlier case never reached the merits and that the current case is therefore not second or successive. ECF No. 11. I have considered the objection de novo.

Although the earlier order found White's claims untimely, it still operated to bar successive petitions. *See Patterson v. Sec'y, Florida Dep't of Corr.*, 849 F.3d 1321, 1325-26 (11th Cir. 2017) (en banc) ("When his first federal petition was dismissed as untimely, Patterson lost his one chance to obtain federal habeas review of his 1998 judgment. Because Patterson's 2011 petition challenges the 1998

1

judgment a second time, the district court correctly dismissed it as second or successive." (citation omitted)); *Faison v. Sec'y, Florida Dep't of Corr.*, 806 Fed. Appx. 938, 938 (11th Cir. 2020) ("Dismissal of a § 2254 petition as untimely constitutes a dismissal with prejudice on the merits for purposes of the bar against second or successive § 2254 petitions." (citing *Patterson*)).

Accordingly, I agree with the magistrate judge, and the petition must be dismissed. The report and recommendation (ECF No. 5) is adopted and incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on December 23, 2021.

s/ *Allen Winsor*
United States District Judge